THE STATE EX REL. AMERICAN TOOL COMPANY, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL.; GLENN, APPELLANT.

[Cite as *State ex rel. Am. Tool Co. v. Indus.*
*Comm.* (2000), 90 Ohio St.3d 73.]

(No. 00–387—Submitted July 25, 2000—Decided September 20, 2000.)

*Peelle & Carey Law Offices Co., L.P.A.,* and *David L. Hall,* for appellee.

*Clements, Mahin & Cohen, L.L.P.,* and *Edward Cohen,* for appellant.

The judgment of the court of appeals is reversed. The order of the Industrial Commission is reinstated.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., dissents.

COOK, J., dissents and would affirm the judgment of the court of appeals.